Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### DISTRICT OF NORTH DAKOTA

United States of America
v.
Micah Pharez Martin, a/k/a Lil Pat

Case No. 3:19-cr-137

Defendant

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Micah Pharez Martin, a/k/a Lil Pat

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Possess with Intent to Distribute and Distribute a Controlled Substance
Distribution of a Controlled Substance - Oxycodone
Aiding and Abetting

Date: 08/22/2019

/s/ Leah Riveland-Foster
*Issuing officer's signature*

City and state:   Fargo, ND

Leah Riveland-Foster, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 08/22/2019, and the person was arrested on *(date)* 03/13/2020
at *(city and state)* Fargo, ND.

Date: 03/13/2020

[signature] For FBI
*Arresting officer's signature*

Meyer DUSM
*Printed name and title*

AO 442 (Rev. 10/11) Arrest Warrant (Page 2)

This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.

*(Not for Public Disclosure)*

Name of defendant/offender:

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:                                              Weight:

Sex:                                                 Race:

Hair:                                                Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: